IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT 1:14CR416 |
| Plaintiff, | ) | |
| | ) | CASE NO. _____ |
| v. | ) | Title 18, Sections 922(g)(1) and |
| | ) | 472, United States Code |
| DAUNTE BYRD, | ) | JUDGE OLIVER |
| Defendant. | ) | |

COUNT 1

The Grand Jury charges:

On or about October 23, 2014, in the Northern District of Ohio, Eastern Division, DAUNTE BYRD, having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Aggravated Assault (2 Counts) and Having Weapons Under Disability, in Case Number CR-11-552471-A, in the Cuyahoga County Common Pleas Court, on or about January 11, 2012; Reckless Homicide and Attempted Having Weapons Under Disability, in Case Number CR-09-531677-A, in the Cuyahoga County Common Pleas Court, on or about June 29, 2010; and Failure to Comply with Signal or Order of a Police Office, in Case Number CR-06-488289-A, in the Cuyahoga County Common Pleas Court, on or about January 2, 2008, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Smith & Wesson, Model SD9VE, 9mm pistol, serial number HEX5928, in violation of Title 18, Section 922(g)(1), United States Code.

## COUNT 2

The Grand Jury further charges:

On or about October 23, 2014, in the Northern District of Ohio, Eastern Division, DAUNTE BYRD, with intent to defraud, did keep in his possession falsely made, forged, and counterfeited obligations of the United States, those being approximately $5,850 in counterfeited, falsely made and forged Federal Reserve Notes in various denominations, which he then knew to be falsely made, forged and counterfeited, in violation of Title 18, United States Code, Section 472.

## COUNT 3

The Grand Jury further charges:

On or about August 13, 2014, in the Northern District of Ohio, Eastern Division, DAUNTE BYRD, with intent to defraud, did keep in his possession falsely made, forged, and counterfeited obligations of the United States, those being approximately $1,000 in counterfeited, falsely made and forged Federal Reserve Notes in various denominations, which he then knew to be falsely made, forged and counterfeited, in violation of Title 18, United States Code, Section 472.

A TRUE BILL.

Original document -- Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.