

**UNITED STATES DISTRICT COURT**
*Northern District of Ohio*
*801 West Superior Avenue*
*Cleveland, OH 44113-1834*

SOLOMON OLIVER, JR.
CHIEF JUDGE

(216) 357-7171
(216) 357-7176 FAX

May 24, 2017

Mr. Jose A. Santana
U.S. Department of Justice
Federal Bureau of Prisons
Designation and Sentence Computation Center
U.S. Armed Forces Reserve Complex
346 Marine Forces Drive
Grand Prairie, Texas 75051

                     Re:      BYRD, Daunte
                                  Register Number: 60527-060
                                  <u>Case Number: 1:14 CR 416-01</u>

Dear Mr. Santana:

      I write to respond to your letter of March 28, 2017, requesting whether I intended, pursuant to *Setser v. United States*, 566 U.S. 231 (2012), that the 182-month term of imprisonment for Daunte Byrd for charges of Felon in Possession of a Firearm and Possession of Counterfeit Currency be served concurrently with his state sentence which he is currently serving.

      After conferring with counsel for Mr. Byrd and the Government on the record, the court has determined that the first 36 months of the federal sentence are to be served concurrently with the state sentence. The remainder is to be served consecutively to the state sentence.

                                                         Sincerely,

                                                         Solomon Oliver, Jr.
                                                         Chief Judge
                                                         United States District Court
                                                         Northern District of Ohio